EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00545 SOM |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| MICHAEL D. ALVAREZ, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against the defendant above-named on the ground that the United States does not elect to proceed with the prosecution at this time.

      The defendant is not in custody on the dismissed charge listed above.

      DATED: May 2, 2005, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> UNITED STATES ATTORNEY
> District of Hawaii
>
> By *T. Muehleck*
> THOMAS MUEHLECK
> Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

> SUSAN OKI MOLLWAY
> ———————————————
> UNITED STATES DISTRICT JUDGE

United States v. Michael D. Alvarez
Cr. No. 03-00545 SOM
Order for Dismissal

copies:    United States Marshal
              Federal Bureau of Investigation
              Attorney for Defendant